UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 6:19-CR-33 |
| | § | |
| ROLVIN ADALID RIVERA-RIVERA; aka | § | |
| ROLVIN ADALIN RIVERA; aka ROLVIN | § | |
| A. RIVERA; aka ROBLEN AVITA | § | |

## MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL

The defendant is charged by indictment in the instant case with conspiracy to transport undocumented aliens. In a separate case, the defendant has pleaded guilty to illegally re-entering the United States after having been deported and is in custody awaiting sentencing. *See United States v. Rolvin Adalid*, No. C-19-Cr-222 (S.D. Tex. Indicted Mar. 25, 2019). The undersigned finds the defendant is not eligible for being released on bond in the instant case because he is currently in federal custody and lacks immigration status to remain in the United States lawfully.

Therefore, the defendant is ORDERED detained pending trial.

ORDERED this 26th day of April 2019.

_____
Jason B. Libby
United States Magistrate Judge